No. 23-1725
_____

UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT
_____

ANTONIO RAMOS-CRUZ

Petitioner-Appellee

v.

DOMINGO EMANUELLI-HERNÁNDEZ, in his official capacity as Attorney General of Puerto Rico; LORRAINE MARTÍNEZ-ADORNO

Respondents-Appellants

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
_____

**RESPONSE TO "EMERGENCY MOTION TO EXPEDITE"**

**COME NOW**, Respondents-Appellants, Domingo Emanuelli-Hernández and Lorraine Martínez-Adorno ("Respondents-Appellants"), through the undersigned counsel, and respectfully state and pray as follows:

1. On August 30, 2023, Antonio Ramos-Cruz ("Petitioner-Appellee") filed an *Emergency Motion to Expedite* requesting that this Court "[order] an expedited schedule for Respondents' appeal, expedite any briefing, and expedite resolution."

2. Petitioner-Appellee argues that because "[r]espondents made no meritorious objections to the Court's release order and no meritorious challenge under the release criteria, Respondents must not be allowed to erect an additional procedural barrier in this Court to further delay resolution of Mr. Ramos's meritorious claims of illegal detention." In light of this flippant statement, that unquestionably misrepresents the record before the district court, Petitioner-Appellee requests that if briefing is ordered, the following dates be accepted by this Court: (1) September 8, 2023, Appellant's Brief; (2) September 15, 2023, Appellee's Brief; and (3) September 20, 2023, Reply Brief.[1]

3. Today, Respondents-Appellants moved for an *Emergency Petition for a Stay Pending Appeal*. The petition shows that the district court is clearly mistaken in its view that the habeas petitioner in this case —who was found guilty by an unanimous state jury of three counts of murder for the killing of a woman and her two children, stabbing them to death and later hiding the woman's corpse in the house's bathroom and the children's in the refrigerator— is entitled to release in this case while the habeas petition is considered because of alleged lack of diligence from Respondents-Appellants in producing the certified translations of certain transcripts

---

[1] Today, at 10:15 a.m. counsel for Petitioner-Appellee sent an email communication to counsel for Respondents-Appellants noting that "any extensions of time in this appeal" are opposed. In addition, in what seems like an unbecoming attempt to control and dictate the time, schedule and strategy of counsel for Respondents-Appellants, counsel for Petitioner-Appellee asked that "[counsel] file any outstanding case-initiation forms as soon as possible to avoid delays in adjudication" and made himself available to discuss "any questions or concerns."

of state court criminal proceedings. That conclusion is simply against the judicial record because the Government has diligently worked on the matter and any setbacks are justified. The whole grounds for vacating the district court's release order flow from the *Emergency Petition for a Stay Pending Appeal*.

4. Following a careful examination of the *Emergency Motion to Expedite*, Respondents-Appellants understand Petitioner-Appellee's plea for expedite resolution. However, we cannot agree to the proposed briefing schedule. As such, Respondents-Appellants propose the following expedited briefing schedule:

(1) Respondents-Appellants' brief: September 15, 2023
(2) Petitioner-Appellee's brief: September 22, 2023
(3) Respondents-Appellants' reply brief: September 29, 2023

**WHEREFORE,** Respondents-Appellants respectfully request that this Honorable Court take notice of this response and issue an order setting a briefing schedule as proposed herein, if necessary.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 31st day of August, 2023.

**FERNANDO FIGUEROA-SANTIAGO**
Solicitor General of Puerto Rico

**OMAR ANDINO FIGUEROA**
Deputy Solicitor General

*s/Carlos Lugo-Fiol*
**CARLOS LUGO-FIOL**

*s/ Mariola Abreu Acevedo*
**MARIOLA ABREU-ACEVEDO**
Assistant Solicitor General

# CERTIFICATE OF FILING AND SERVICE

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico this 31st day of August, 2023.

*s/ Mariola Abreu-Acevedo*
**MARIOLA ABREU-ACEVEDO**
Assistant Solicitor General
USCA No. 1199215
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Telephone: (787) 721-2900, ext. 1531
*mariola.abreu@justicia.pr.gov*